(1980), on the application of the Sixth and Fourteenth Amendments to claims arising from the conduct of retained counsel. 

No. A–980. HAMPEL v. MOTEL PROPERTIES, INC. Application to stay the judgment of the Supreme Court of Georgia, addressed to MR. JUSTICE MARSHALL and referred to the Court, denied.

No. A–1056. DELONG v. UNITED STATES. Application for stay of the mandate of the United States Court of Appeals for the Fourth Circuit, addressed to MR. JUSTICE STEVENS and referred to the Court, denied.

No. A–1079. RUDOLF WOLFF & CO., LTD. v. NEIMAN, DBA THE LONDON GROUP (1974). Application to recall and stay the mandate of the United States Court of Appeals for the Seventh Circuit, addressed to MR. JUSTICE WHITE and referred to the Court, denied.

No. D–185. IN RE DISBARMENT OF MITCHELL. Disbarment entered. [For earlier order herein, see 446 U. S. 906.]

No. 79–408. CITY OF MILWAUKEE ET AL. v. ILLINOIS ET AL. C. A. 7th Cir. [Certiorari granted, 445 U. S. 926.] Motions of Mid-America Legal Foundation and National League of Cities et al. for leave to file briefs as *amici curiae* granted.

No. 79–824. FEDERAL COMMUNICATIONS COMMISSION ET AL. v. WNCN LISTENERS GUILD ET AL.;

No. 79–825. INSILCO BROADCASTING CORP. ET AL. v. WNCN LISTENERS GUILD ET AL.;

No. 79–826. AMERICAN BROADCASTING COS., INC., ET AL. v. WNCN LISTENERS GUILD ET AL.; and

No. 79–827. NATIONAL ASSOCIATION OF BROADCASTERS ET AL. v. WNCN LISTENERS GUILD ET AL. C. A. D. C. Cir. [Certiorari granted, 445 U. S. 914.] Motion of Washington Legal Foundation for leave to file a brief as *amicus curiae* granted.